UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

**HIP HOP BEVERAGE CORPORATION,**
        **Plaintiff,**

v.                                      Case No. 13-cv-0412

**KRIER FOODS, INC., et al,**
        **Defendants,**

**KRIER FOODS, INC.,**
        **Third-Party Plaintiff,**

v.

**BALL CORPORATION,**
        **Third-Party Defendant.**
_____

## ORDER

On February 13, 2015, the parties participated in a status conference to discuss the pending motion for a protective order. Based on the agreement of the parties, **IT IS ORDERED** that the motion for protective order (ECF No. 87) is **GRANTED**:

1. The parties may proceed with depositions of Hip Hop Beverage Corporation employees;

2. All further discovery is stayed pending resolution of Ball's motion to dismiss or compel arbitration (ECF No. 88);

3. The parties agree that by participating in the depositions of Hip Hop Beverage Corporation employees, Ball Corporation does not waive any right to request or compel arbitration.

Dated at Milwaukee, Wisconsin, this 13th day of February, 2015.

                                                          s/ Lynn Adelman
                                                          LYNN ADELMAN
                                                          District Judge